Atlas Data Privacy Corporation et al. v. Babel Street, Inc. (D.N.J. No. 1:24-cv-10596)

Babel Street, Inc.,
    Petitioner